IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2006 HE1, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:25-cv-3305-B-BN |
| VICKIE D. WALTON and NEED A BREAK, INC., | § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should (1) order that Defendant Need a Break, Inc. is in default; (2) direct the Clerk of Court to enter default against Need a Break under Federal Rule of Civil Procedure 55(a); (3) and (3) by an appropriate deadline to be set later (in conjunction with U.S. Bank's claims against Plaintiff Vickie D. Walton), order that Plaintiff U.S. Bank National Association move for default judgment against Need a Break for failure to appear by and through counsel. *See* Dkt. No. 27.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 27].

SO ORDERED this 20TH day of May, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JU